777 A.2d 300

IN THE MATTER OF CARL J. VALORE, AN ATTORNEY AT LAW.

July 17, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00-117 concluding that **CARL J. VALORE** of **LINWOOD,** who was admitted to the bar of this State in 1960, should be suspended from the practice of law for a period of six months for violating *RPC* 1.15 (failure to safeguard escrow funds and failure to comply with the recordkeeping provisions of *R.* 1:21-6) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having determined that respondent should remain suspended until the conclusion of all ethics matters pending against him;

And good cause appearing;

It is ORDERED that **CARL J. VALORE** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent shall remain suspended from practice until the conclusion of all ethics matters pending against him; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.